JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANGEL,<br><br>          Petitioner,<br><br>    v.<br><br>PARAMO, Warden,<br><br>          Respondent. | Case No. SACV 14-633-AG (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 31, 2014

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge